IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 1:24-CR-46

BRANDON LENOIR

### ORDER

On May 22, 2024, a grand jury returned an Indictment against Brandon Lenoir charging him with four counts of distributing methamphetamine. Doc. #1. On June 12, 2024, the Federal Public Defender was appointed to represent Lenoir. Doc. #3 (text only order). Later that day, Robert W. Davis, Jr., was appointed as counsel of record for Lenoir in substitution of the Federal Public Defender. Doc. #7.

On July 20, 2024, Lenoir filed a pro se "Defendant's Motion to Revoke, or Amend, Order of Detention Pending Trial" requesting review of the detention order issued by United States Magistrate Judge David A. Sanders on June 20, 2024. Doc. #30. Because Lenoir was represented by counsel when he filed the motion and because, absent circumstances inapplicable here, a defendant is not entitled to represent himself while represented by counsel, *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978), the motion [30] is **STRICKEN**. *See United States v. Young*, 99 F.3d 1135, 1996 WL 595643, at *1 (5th Cir. 1996) (unpublished table decision) ("This brief is stricken from the record because it constitutes hybrid representation, and there is no right to such representation ….").

**SO ORDERED**, this 23rd day of July, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**