IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:24-CR-46

BRANDON LENOIR

### ORDER

On or about February 27, 2025, Brandon Lenoir filed a pro se handwritten letter motion seeking to correct his sentence. Doc. #75. Construing Lenoir's February 27 filing as a motion to vacate his sentence under 28 U.S.C. § 2255, the Court ordered Lenoir to submit his § 2255 request on its standard form for such motions. Doc. #76. On or about May 5, Lenoir filed a pro se § 2255 amended motion to vacate on the form mandated by the Court. Doc. #84. Based on the Court's review of Lenoir's § 2255 amended motion:

1. The government is **ORDERED** to respond to Lenoir's § 2255 amended motion within sixty days of the entry of this order. Lenoir may file a reply within fourteen days after the government's response is served on him.

2. Lenoir's February 27 letter motion [75] is **DENIED as moot**.

**SO ORDERED**, this 9th day of May, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**