## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                                                                  **NO. 1:24-CR-46**

**BRANDON LENOIR**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this date, Brandon Lenoir's § 2255

motion is denied and a certificate of appealability is denied.

**SO ORDERED**, this 15th day of June, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**